JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert William Carson, | Case No. 1:19-cv-00868-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | (ECF No. 11) |
| ANDREW SAUL,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 11/27/2019 to 12/27/2019, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Respectfully submitted,

Dated: November 21, 2019     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: November 22, 2019    MCGREGOR W. SCOTT
                            United States Attorney
                            DEBORAH LEE STACHEL
                            Regional Chief Counsel, Region IX
                            Social Security Administration


By: *\*/s/ Margaret Lehrkind*
    Margaret Lehrkind
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on 11/22/2019)

## ORDER

Pursuant to the stipulation of the Parties (ECF No. 11), and finding good cause exists, stipulation, IT IS ORDERED that the deadline for Plaintiff to serve defendant with Plaintiff's Letter Brief is extended from November 27, 2019, to December 27, 2019. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: __**November 25, 2019**__        /s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE