JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert William Carson, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, [1] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 1:19-cv-00868-EPG <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME <br><br> (ECF No. 15) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 02/28/2020 to 03/29/2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel's administrative calendar has seen an increase these last two months and Counsel is in current discussion for adding additional staff to support the increase in the administrative work.

---

[1]  Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Counsel has 20 administrating hearings and 20 hearing prep appointments with clients, along with the administrative briefs required in each case. As to the federal court work, Counsel has 19 letter briefs, 3 motion for summary judgements, 6 opening briefs, 5 reply briefs, and one federal court hearing.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 27, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: February 28, 2020          MCGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration


By:  **/s/ Margaret Lehrkind*
     Margaret Lehrkind
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on 02/28/2020)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 15), and finding good cause exists, IT IS ORDERED that that deadline for Plaintiff to file his opening brief is extended to March 29, 2020. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **February 28, 2020**                    /s/ *Erin P. Grosj*
                                                                    UNITED STATES MAGISTRATE JUDGE