JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM CARSON, ) | Case No. 1:19-cv-00868-EPG |
| ) | |
| Plaintiff, ) | STIPULATION AND (PROPOSED) |
| ) | ORDER FOR EXTENSION OF TIME |
| vs. ) | |
| ) | (ECF No. 17) |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time,

from 03/29/2020 to 04/28/2020, for Plaintiff to serve on defendant with PLAINTIFF'S

OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended

accordingly.

Due to the ongoing pandemic with COVID-19 and the various executive orders

throughout Fresno County and now the State of California, along with the recommendations for

Social Distancing, Plaintiff's Counsel is operating with very limited staff, and on certain days,

from his home. The Office of Hearings Operations is still conducting telephonic hearings. As it

is required to continue the normal day-to-day tasks involved in developing cases and the

requirements of the five-day rule related to submission of evidence to the Administrative Law

Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations

but with a significantly reduced level of support.

1

Counsel was already dealing with an unusual increase of administrative hearings before the Pandemic was declared. Counsel had planned for additional staff to assist with the administrative work; however, with the Distancing requirements, that additional staff is no longer feasible. The week of 03/22/2020, Plaintiff's Counsel had seven administrative hearings, 10 hearing preparation appointments with claimants, seven letter briefs, one reply brief and two opening briefs due. The week of 03/29/2020, Plaintiff's Counsel had 13 administrative hearings, 31 hearing preparation appointments with claimants, 4 letter briefs, 2 reply briefs and 5 opening briefs due. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

As a result of the above, Plaintiff's Counsel requires a third extension to brief this matter. It is not Counsel's intent to delay this matter any further.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 27, 2020          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: March 27, 2020          MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration


By: *\*/s/ Margaret Lehrkind*
    Margaret Lehrkind
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on March 27, 2020)

## **ORDER**

Pursuant to the stipulation of the parties, and finding good cause exists, IT IS ORDERED that Plaintiff's stipulated third request for additional time (ECF No. 17) is granted. Plaintiff's opening brief shall be filed on or before **April 28, 2020.** All subsequent deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**March 27, 2020**__ _____/s/ Erica P. Grosjean_____
UNITED STATES MAGISTRATE JUDGE